IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01415-BNB

JOHNN A. VIDMAR,

     Plaintiff,

v.

DEPUTY STEINMAN,

     Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 0 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

Plaintiff Johnn A. Vidmar currently is detained at the Jefferson County Detention Facility in Golden, Colorado. On June 8, 2009, Mr. Vidmar submitted to the Court a Prisoner Civil Rights Complaint. He, however, failed to submit the Complaint on a Court-approved form and to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland entered an order on June 17, 2009, directing the Clerk of the Court to commence a civil action and instructing Mr. Vidmar to file his claims on a current Court-approved Prisoner Complaint form and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Vidmar was warned that the action would be dismissed without further notice if he failed to comply within the time allowed.

Mr. Vidmar now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for

failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 29 day of _____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-01415-BNB

Johnn A. Vidmar, Jr.
Prisoner No.  P00095761
Jefferson County Detention Facility
P.O. Box 16700
Golden, CO 80402

Johnn A. Vidmar, Jr.
5425 Nolan St.
Arvada, CO 80002


I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  7/30/ 09

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk